### HAWKINS v. FIDELITY & CASUALTY COMPANY OF NEW YORK.

LUMPKIN, J. "A foreign corporation doing business in this State and having agents located therein for this purpose may be sued and served in the same manner as domestic corporations, upon any transitory cause of action whether originating in this State or otherwise; and it is immaterial whether the plaintiff be a non-resident or a resident of this State, provided the enforcement of the cause of action would not be contrary to the laws and policy of this State." *Reeves* v. *Southern Railway Co.*, 121 *Ga.* 561.

*Judgment reversed. All the Justices concur, except Simmons, C. J., absent.*

Argued June 24, — Decided August 3, 1905.

Action on accident-insurance policy. Before Judge Reid. City court of Atlanta. November 12, 1904.

Hawkins brought suit, in the city court of Atlanta, against the Fidelty and Casualty Company of New York. He alleged that the defendant was a corporation of the State of New York, engaged in the business of accident insurance, and that it had an agency and office for the transaction of business, and an agent in charge of the same in Fulton county, Georgia, over which the jurisdiction of the city court of Atlanta extends. A demurrer was filed on the grounds, that the defendant was a non-resident corporation; that the action was based on a policy of accident insurance issued by the company on the life of James W. Hawkins, the son of the plaintiff, and payable to the latter; that the contract was issued outside of the State of Georgia, and the insured

died in Oklahoma territory; and that, these facts appearing on the face of the declaration, the court was without jurisdiction. The demurrer was sustained and the action dismissed. The plaintiff excepted.

*F. M. Johnson* and *W. R. Hammond*, for plaintiff.
*Slaton & Phillips*, for defendant.